No. 767. WACO DEVELOPMENT CO. *v.* RUPE ET AL. April 26, 1937. 300 U. S. 679.

No. 815. CARTEY, ADMINISTRATRIX, *v.* UNITED STATES. April 26, 1937. 300 U. S. 675.

No. 816. JENKINS, ADMINISTRATRIX, *v.* UNITED STATES. April 26, 1937. 300 U. S. 675.

No. 818. WHITMORE *v.* SALT LAKE CITY ET AL. April 26, 1937. 300 U. S. 644.

No. 342. PETERSON *v.* UNITED STATES. May 3, 1937. 299 U. S. 583.

No. 502. UNITED STATES SAVINGS BANK ET AL. *v.* MORGENTHAU, SECRETARY OF THE TREASURY, ET AL. May 3, 1937. 299 U. S. 605.

No. 745. HATFIELD *v.* GUAY, U. S. MARSHAL, ET AL. May 3, 1937. 300 U. S. 678.

No. 272. REEVES BROTHERS CO. *v.* UNITED STATES. May 17, 1937. 299 U. S. 573.

No. 790. ISENBERG *v.* CUMMINGS, ATTORNEY GENERAL, ET AL. May 17, 1937.